RECEIVED

JUL 17 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JOEL HAPPY SIWE | CIVIL ACTION NO. 6:17-CV-00178 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| LORETTA LYNCH, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss Pursuant to Federal Rule 12(b)(1) filed by the Government [Rec. Doc. 13] be **GRANTED** and Petitioner's Writ of Habeas Corpus be **DISMISSED** without prejudice as **MOOT**.

**THUS DONE AND SIGNED,** in chambers, in Lafayette, Louisiana, on this __17__ day of __July__, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE